IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SONGKANE SACKALY, | * |
| Plaintiff, | * |
| vs. | * |
| FLAGSTAR BANK, FSB, *et al.*, | * |
| Defendants. | * |

CASE NO. 3:18-CV-12 (CDL)

O R D E R

Presently pending before the Court is Plaintiff's motion to compel production of documents from Defendants Flagstar Bank, FSB and Lakeview Loan Servicing, LLC. Plaintiff asserts that he served requests for production of documents on counsel for these Defendants on March 19, 2019 but has not received any response. Plaintiff further asserts that after the 30-day deadline passed with no response, he contacted counsel for these Defendants twice via email and fax in an attempt to resolve the issue without intervention of the Court. There was no response to this correspondence. Plaintiff filed a motion to compel on May 2, 2019 (ECF No. 41) and amended the motion on May 14, 2019 (ECF No. 46) to correct formatting issues in the original motion. Flagstar Bank, FSB and Lakeview Loan Servicing, LLC did not respond to the motion to compel.

Plaintiff's motion to compel (ECF Nos. 41 & 46) is granted. Within fourteen days of the date of this Order, Flagstar Bank, FSB and Lakeview Loan Servicing, LLC shall respond to Plaintiff's document requests that were served on March 19, 2019. In addition, Flagstar Bank, FSB and Lakeview Loan Servicing, LLC shall show cause within fourteen days of the date of this Order why they should not be required to pay Plaintiff's reasonable expenses incurred in making the motion to compel.

IT IS SO ORDERED, this 6th day of June, 2019.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA
