IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SONGKANE SACKALY, | * |
| Plaintiff, | * |
| v. | Case No.  3:18-cv-12-CDL |
| | * |
| FLAGSTAR BANK, FSB, LAKEVIEW LOAN SERVICES, LLC, MORTGAGE CONTRACTING SERVICES, LLC, and BLUE SKY PRESERVATION, LLC, | * |
| | * |
| Defendants. | |

## J U D G M E N T

Pursuant to this Court's Order dated July 30, 2019, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Madison County, Georgia.

This 30th day of July, 2019.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk